## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

TIFFANY G.,                                          :
                                                     :
      **Plaintiff,**                              :  **Case No. 2:25-cv-00818**
                                                     :
    v.                                       :  **Judge Algenon L. Marbley**
                                                     :
COMISSIONER OF SOCIAL SECURITY,   :  **Magistrate Judge Deavers**
                                                     :
      **Defendant.**                             :

## ORDER

This matter comes before this Court on the Parties' Joint Motion to Remand. (ECF No. 11) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (*Id*.). Based on the parties' motion, this Court finds remand is warranted due to deficits in the ALJ's evaluation of medical opinion evidence and prior administrative medical findings. Accordingly, the Joint Motion is **GRANTED** (ECF No. 11). The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58. This Court **REVERSES** the decision of the Commissioner of the Social Security Administration in this case and the matter is hereby **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration and administrative proceedings consistent with this Order and the parties' stipulation.

    **IT IS SO ORDERED.**

                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**DATE:  May 26, 2026**