**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TIFFANY G.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-818** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **COMISSIONER OF SOCIAL SECURITY,** | : | **Magistrate Judge Shimeall** |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before this Court on the Parties' Joint Stipulation to Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (ECF No. 15). The parties jointly stipulate and petition this Court to enter an award of attorney's fees in the amount of $ 4,255.00 to the Plaintiff, which will satisfy all claims for fees, costs, and expenses under the EAJA that may be payable in this case. (*Id.*).

**IT IS THEREFORE ORDERED THAT**:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and Plaintiff is awarded attorney fees in the amount of $4,255.00 and costs in the amount of $0, for a total award of $4,255.00;
2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716. If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and
3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: October 5, 2026**